

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00009-CR

Jose Valentine **FACIO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1159
Honorable Joey Contreras, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Appellant's appointed counsel filed an *Anders* brief, a motion to withdraw, and provided appellant with a form motion for obtaining access to the appellate record. On June 22, 2018, this court rendered an order advising appellant that if he desired a copy of the record, he had to file a motion requesting the record within ten days of the date of the order – as noted, a form motion had been provided to appellant by his appointed counsel, appellant had only to sign it and send it to this court within the timeframe set out in our order. The same order advised appellant that any pro se brief he might wish to file was due in this court within thirty days of the date of the order. Appellant filed neither a motion requesting a copy of the record nor a brief within the deadlines set out in our June 22, 2018 order. When no pro se brief was filed, this matter was set at issue and submitted to the court for a decision. On December 5, 2018, we rendered an opinion and judgment affirming appellant's conviction. On December 14, 2018, after our opinion and judgment was rendered, appellant filed his pro se motion for access to the appellate record. After reviewing the motion and considering the foregoing, we **DENY AS MOOT** appellant's pro se motion for access to the appellate record.

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____

Marialyn Barnard, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.



_____

KEITH E. HOTTLE,

Clerk of Court